IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| THOMAS J. LAUGHNER, | : |
| Plaintiff. | : |
| VS. | : |
| Captain CLIFTON, *et al.*, | :   NO. 7:12-CV-60-HL-TQL |
| Defendants. | : |
| | :   **O R D E R** |

On May 1, 2012, the Court received the instant complaint filed under 42 U.S.C. § 1983 by Plaintiff, **THOMAS J. LAUGHNER**, then a detainee of the Lowndes County Jail ("LCJ") (Doc. 1). By Order dated May 21, 2012, the Court instructed Plaintiff to state whether he was the plaintiff in certain other section 1983 lawsuits bearing his same name, so that the Court could determine whether the instant action is barred by the "Three Strikes Rule" of 28 U.S.C. § 1915(g) (Doc. 7). That Order was mailed to Plaintiff at the LCJ and was subsequently returned to the Court as undeliverable (Doc. 8). Plaintiff has not notified this Court of his release or his whereabouts.

As this Court has no information regarding Plaintiff's current address, it is hereby **ORDERED** that Plaintiff's complaint be **DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED**, this 1st day of June, 2012.

*s/ Hugh Lawson*
HUGH LAWSON
UNITED STATES DISTRICT JUDGE

cr